# United States District Court

United States Courts
Southern District of Texas
FILED

SOUTHERN DISTRICT OF TEXAS FEB 0 3 2009

Michael N. Milby, Clerk of Court

UNITED STATES OF AMERICA
V.
SALINAS, Alvaro Jr.

## CRIMINAL COMPLAINT

CASE NUMBER: C-09-108M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or February 2, 2009 in Brooks County, in the Southern District of Texas defendant(s) did, (Track Statutory Language of Offense)

knowingly, intentionally, and unlawfully possess with intent to distribute a controlled substance in Schedule I of the Controlled Substance Act of 1970, to wit: approximately 26.8 Kilograms of marijuana, gross weight.

in violation of Title 21 United States Code, 841 (a)(1)

I further state that I am a(n) DEA Task Force Officer (Official Title) and that this complaint is based on the following facts:

SEE ATTACHMENT "A"
(2 page)

Continued on the attached sheet and made a part ☒ Yes ☐ No

TFO Daniel Ramos
Signature of Complainant

Sworn to before me, and subscribed in my presence, and probable cause found

February 3, 2009 at Corpus Christi, Texas
Date City and State

Brian L. Owsley, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial

Attachment "A"

On February 02, 2009 United States Border Patrol Agent (BPA) Manuel Aleman Jr., was working the primary lane of traffic inspection at the United States Border Patrol Checkpoint, 13 miles south of Falfurrias, Texas. BPA Lucas Tovar and his Service Canine Rickie were also working on the primary inspection lane.

At approximately 4:10 PM, a White 2001 Chevrolet Impala bearing Texas License Plate NLD-881, arrived at the Checkpoint and was stopped for an immigration inspection of its lone visible occupant. BPA Aleman questioned the driver, later identified as Alvaro SALINAS Jr. as to his citizenship. SALINAS informed BPA Aleman that he was a United States citizen. BPA Aleman then asked SALINAS where he was going and SALINAS responded that he was going to Corpus.

While BPA Aleman was conducting his immigration inspection, Agent Tovar and his Service Canine Rickie were conducting a free-air sniff of the car's exterior. While BPA Aleman was speaking to SALINAS, Agent Tovar notified Agent Aleman that his service canine had alerted to the rear of the car. BPA Aleman then referred the driver to the secondary inspection area for further inspection and SALINAS complied. Because of the positive canine alert, BPA Aleman asked SALINAS for consent to search his vehicle and SALINAS granted verbal consent to search the vehicle.

In the secondary inspection area, BPA Tovar advised BPA Aleman that his Service Canine Rickie again alerted and indicated to the back of the vehicle. At that moment, BPA Aleman noticed that SALINAS was nervous and kept looking toward the back of the vehicle while Agent Tovar was searching the vehicle. While Agent Tovar was searching the vehicle, BPA Aleman questioned SALINAS as to where he was coming from and SALINAS stated that he was coming from Edinburg and that he was going to Corpus to work. BPA Aleman also asked SALINAS if that vehicle belonged to him and SALINAS stated that he had bought the vehicle two months ago from a friend. SALINAS eventually stated that the car belonged to his wife and not to him. While searching the vehicle, Agent Tovar discovered several bundles in the gas tank, which were later determined to contain marijuana.

After the discovery of the marijuana, BPA Aleman told SALINAS to turn around and place his hands on his back and SALINAS proceeded like if he knew what was going to happen. BPA Aleman then placed SALINAS under arrest and escorted him into the Checkpoint for further questioning. BPA Aleman read SALINAS his Miranda Rights in his preferred language of English. SALINAS signed his rights form, acknowledging that he understood them. Agent Mario Cavazos witnessed the reading and signing of SALINAS's rights. After being read his rights, BPA Aleman asked SALINAS if he knew what he had inside his vehicle and he responded "No". He immediately said that he did not want to make any statements and requested a lawyer.

On February 3, 2009, DEA Task Force Officer Daniel Ramos read SALINAS his Miranda warnings and SALINAS stated that he knew he had told Border Patrol that he did not want to talk to them, but SALINAS stated that he was willing to speak to DEA without an attorney present. This statement was witnessed by Special Agent Suzanne Minnick. SALINAS made a statement that he was involved in a traffic accident in August of 2008. SALINAS stated that police were not contacted and that he agreed with

the driver of the other vehicle involved to handle the damages caused by SALINAS. SALINAS stated that the individual of the other vehicle asked for three thousand dollars for damages. SALINAS stated that he agreed to drive a load of marijuana from Edingburg, Texas to Houston, Texas, in lieu of paying the three thousand dollars. SALINAS stated that he would receive an additional five hundred dollars upon arrival in Houston, Texas. SALINAS stated that the $500 was his payment for driving the load of marijuana. SALINAS stated that the vehicle he was driving was given to him by the owner of the marijuana.

A total of 44 bundles of marijuana were discovered weighing approximately 26.8 kilograms, gross weight. The amount of marijuana discovered infers distribution.

AUSA Ken Cusick approved prosecution.