United States Courts
Southern District of Texas
FILED
JUN 12 2009
Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CASE NO. CR-C-09-138

| | | |
|---|---|---|
| | )( | Judge Janis Graham Jack |
| UNITED STATES OF AMERICA | )( | |
| | )( | Courtroom Deputy Sondra Scotch |
| | )( | |
| vs. | )( | Court Recorder Velma Gano |
| | )( | |
| | )( | Proceeding: Sentencing |
| ALVARO SALINAS JR. | )( | |
| | )( | Date: June 12, 2009 |
| | )( | |
| | )( | Exhibit List of: Defense |
| | )( | |
| Page 1 of 1 Pages | )( | Attorney: CHRIS JENKINS |

| Exhibit No. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1 | Letter from Jestine Cantu | ✓ | ✓ | | June 12, 2009 | |
| 2 | Letter from Ana Alaniz | ✓ | ✓ | | June 12, 2009 | |
| | | | | | | |
| | | | | | | |