PROB 22B
(06/06)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
INTRA-DISTRICT TRANSFER OF JURISDICTION

DOCKET NUMBER
2:09CR00138-001

DIVISION
Corpus Christi

NAME AND ADDRESS OF SUPERVISED PERSON

Alvaro Salinas, Jr.

NAME OF SENTENCING JUDGE
Janis Graham Jack

DATE OF SUPERVISION

FROM 04/20/2012 TO 04/19/2015

OFFENSE

Possession with intent to distribute 22.6 kilograms of marijuana, in violation of 21 U.S.C. § 841(a)(1) and 841 (b)(I)(D).

| Transferring Division U. S. Probation Officer: Steven Rivera | Receiving Division U.S. Probation Officer: Jorge Fuentes |
|---|---|

**COMMENTS:**

**ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

It is ordered that the jurisdiction of this offender be transferred to the United States District Court, McAllen Division. This Court expressly consents that the conditions and term of supervision may be modified, including revocation of supervision, by the receiving District Court without approval of this Court.

May 16, 2012
*Date*

Janis Graham Jack
*Janis Graham Jack*
*Senior United States District Judge*

May 1