**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal Case 2:09−cr−00138 |
| | § | |
| Alvaro Salinas, Jr | § | |

NOTICE REGARDING EXHIBITS

The offering party must take possession of the exhibits submitted into evidence in this case by 8/14/2017. If the exhibits are not retrieved by the deadline, they will be destroyed without further notice, and the expenses incurred will be taxed against the offering party. *See* Local Rule 79.2.

Description of Exhibits:

Deft. (FPD) Ex 1−2 (dated 6/12/2009

If you have questions regarding the status of these exhibits, contact the Clerk's Office at (361) 888−3142.

Date: July 28, 2017

By: Linda Smith
Deputy Clerk